# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| GUADALUPE BARRIOS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:23-CV-00033-E |
| TARGET CORPORATION, | § § § | |
| Defendant. | § § § | |

## FINAL JUDGMENT

The Court has dismissed all of Plaintiff Barrios's claims. The Court hereby dismisses Barrios's case without prejudice. All relief not expressly granted is **DENIED**. This is a final judgment. *See* Fed. R. Civ. P. 54; Fed. R. Civ. P. 58.

**SO ORDERED.**

20th day of June, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE